

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**VALERIE M. JACKSON**                                                              **PLAINTIFF**

**VS.**                                                              **CASE NUMBER 3:04CV235WSU**

**CIRCUIT CITY STORES, INC.**                                                              **DEFENDANT**

### AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE

This day, this cause came before the Court on the parties' joint motion for dismissal, without prejudice, of the Plaintiff's, Valerie Jackson's, claims for unpaid overtime compensation under the Fair Labor Standards Act, 29 U.S.C. § 207 et. seq., and the Court having been fully advised in the premises, finds that the Motion should be granted and that the Plaintiff's claim for unpaid overtime compensation under the Fair Labor Standards Act is hereby dismissed without prejudice.

IT IS HEREBY ORDERED that the Plaintiff's claims for unpaid overtime compensation under the Fair Labor Standards Act are dismissed without prejudice.

SO ORDERED, this the 30th day of December, 2004.

_____
UNITED STATES DISTRICT JUDGE

_____
Louis H. Watson, Jr., Counsel for
Plaintiff

_____
E. Russell Turner, Counsel for
Defendant

41981.1