IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
FEB - 7 2005
J. T. NOBLIN, CLERK
BY_____ DEPUTY

**VALERIE M. JACKSON**  PLAINTIFF

VS.  CASE NUMBER 3:04CV235WSu

**CIRCUIT CITY STORES, INC.**  DEFENDANT

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

This day, this cause came before the Court on the parties' joint motion for dismissal, with prejudice, of the Plaintiff's, Valerie Jackson's, Amended Complaint, and all claims within her Amended Complaint, and the Court, having been fully advised in the premises, finds that the Motion should be granted and that all claims in the Plaintiff's Amended Complaint are hereby dismissed with prejudice.

IT IS HEREBY ORDERED that the Plaintiff's Amended Complaint and all claims within her Amended Complaint are hereby dismissed with prejudice.

SO ORDERED, this the 4th day of February, 2005.

_____
UNITED STATES DISTRICT JUDGE

_____
Louis H. Watson, Jr., Counsel for
Plaintiff

_____
E. Russell Turner, Counsel for
Defendant

42430.1